IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AMY ARMSTRONG                                                    PLAINTIFF

v.                          Case No. 4:22-cv-00107-KGB

DOES                                                          DEFENDANTS

**ORDER**

Before the Court are the Proposed Findings and Recommendation ("Recommendation") of United States Magistrate Judge Patricia S. Harris (Dkt. No. 3). Plaintiff Amy Armstrong filed a complaint on February 2, 2022 (Dkt. No. 1). At the time she filed her complaint, Ms. Armstrong was detained in the Saline County Detention Facility. In her complaint, Ms. Armstrong listed her "contact information," including her home address (*Id.*, at 2). On February 8, 2022, the Court entered an initial Order directing Ms. Armstrong either to pay the $402.00 filing fee or file a properly completed application to proceed *in forma pauperis* ("IFP") within 30 days of the date of the Order (Dkt. No. 2). An IFP application along with a copy of the Order was mailed to Ms. Armstrong at the Saline County Detention Facility on February 8, 2022. On March 22, 2023, Judge Harris issued her Recommendation that Ms. Armstrong's complaint be dismissed without prejudice pursuant to Local Rule 5.5(c)(2) for failure to prosecute (Dkt. No. 3). A copy of the Recommendation was mailed to Ms. Armstrong at the Saline County Detention Facility but was returned undeliverable (Dkt. No. 4).

Ms. Armstrong has not communicated with the Court since filing the complaint. The Court adopts in its entirety as this Court's finding in all respects the Recommendation and dismisses without prejudice Ms. Armstrong's complaint for failure to prosecute (Dkt. Nos. 1; 3). The Court certifies that an IFP appeal from this Order and the accompanying Judgment would not

be taken in good faith.

It is so ordered this 3rd day of February, 2025.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge